IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18-CR-00354-04-BCW |
| HOWARD TYRONE NEELY, | ) |
| Defendant. | ) |

## ORDER

Consistent with the Report and Recommendation of the United States Magistrate Judge Morris (Doc. #213), to which there has been no timely objection, the Court CONDITIONALLY ACCEPTS Defendant Howard Tyrone Neely's plea of guilty and DEFERS a decision on the binding plea agreement in this matter until the Court has reviewed the presentence report. Sentencing will be set by subsequent Order of the Court.

IT IS SO ORDERED.

DATED: October 26, 2021

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT